| Case No. | **CV 18-10193-DMG (ASx)** | Date | January 4, 2019 |
|---|---|---|---|
| Title | *Charan Singh, Kulvinder Kaur Amand, et al. v. United States of America, et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE PLAINTIFFS' IDENTITIES**

*Pro se* Plaintiffs filed a Complaint against several government Defendants on December 7, 2018 [Doc. # 1 ("Complaint")] and a "Motion to Stay Disqualification Penalties Injunctive Relief FNS's Final Agency Decision" on December 26, 2018. [Doc. # 9.] The Court, upon review of these filings, has determined that Plaintiffs must provide additional clarifying information about themselves.

First, the Complaint names "Charan Singh, Kulvinder Kaur Anand" as a Plaintiff in multiple places. The comma between Singh and Kulvinder indicates that this name might refer to two people. But the Complaint also uses singular verbs and pronouns to refer to that name. *See e.g,* Complaint at ¶ 3 ("Plaintiff resides at . . ."). Plaintiff[s] are hereby **ORDERED** to inform the Court whether Charan Singh and Kulvinder Kaur Anand are two people or whether Charan Singh Kulvinder Kaur Anand is a single person. If Charan Singh Kulvinder Kaur Anand is one individual, the Court will make the necessary adjustments to the docket *sua sponte*.

Second, the Complaint does not specify whether Plaintiff Gene's Market is a legal entity, such as a partnership, corporation or LLC, or is simply the name under which another Plaintiff conducts business. This distinction matters because if Gene's Market is a corporation or partnership, it cannot appear *pro se*, and must retain counsel before making an appearance. *United States v. Unimex, Inc.*, 991 F.2d 546, 549 (9th Cir. 1993). Plaintiffs are therefore also hereby **ORDERED** to inform the Court of Plaintiff Gene's Market's corporate status (if any).

Additionally, in the event that Charan Singh and Kulvinder Kaur Anand are two people, or Gene's Market is a separate legal entity, Plaintiffs will need to file an Amended Complaint that includes the signatures of those additional parties. In light of Plaintiffs' *pro se* status and the liberal amendment policy in federal court, the Court *sua sponte* **GRANTS** Plaintiffs leave to amend to cure this deficiency should the need arise.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-10193-DMG (ASx) | Date | January 4, 2019 |
|---|---|---|---|
| Title | *Charan Singh, Kulvinder Kaur Amand, et al. v. United States of America, et al.* | Page | 2 of 2 |

Plaintiffs shall respond to this Order in writing no later than January 18, 2019.[1]

**IT IS SO ORDERED.**

---

[1] [1] The Court may not provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. Public Counsel runs a free Federal *Pro Se* Clinic at the Los Angeles federal courthouse where *pro se* litigants can get information and guidance. The clinic is located at 255 East Temple Street, Suite 170, Los Angeles, California 90012, in the Edward R. Roybal Federal Building and United States Courthouse. For more information, litigants may call (213) 385-2977 (x 270) or they may visit the Pro Se Home Page found at http://prose.cacd.uscourts.gov/federal-pro-se-clinics. Clinic information is found there by clicking "Pro Se Clinic - Los Angeles". In addition, some information for *pro se* litigants can be found on the Central District's website. *See* Representing Yourself in Federal Courts, http://court.cacd.uscourts.gov/cacd/ProSe.nsf.